



Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
ekroub@mizrahikroub.com
www.mizrahikroub.com

September 6, 2022

**VIA ECF**

The Honorable Valerie Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/07/2022

Re:   *Chalas v. Love You Foods, LLC*; Case No. 1:22-cv-3964-VEC

Dear Judge Caproni:

We represent plaintiff Ana Chalas ("Plaintiff") in the above-referenced action. We respectfully write to request an adjournment, *sine die,* of both the Initial Pretrial Conference—currently scheduled for September 16, 2022—and the September 8, 2022 deadline to submit the parties' pre-conference joint letter.

Plaintiff makes this request because—despite serving defendant Love You Foods, LLC ("Defendant") on June 20, 2022 (*see* Docket No. 6), Plaintiff has not had contact with Defendant or its counsel. This is Plaintiff's first such adjournment request.

Respectfully submitted,
/s/ Edward Y. Kroub
Edward Y. Kroub

Cc:   All Counsel of Record (via ECF)

---

Application GRANTED. The Initial Pre-Trial Conference currently scheduled for September 16, 2022, at 10:00 a.m. is hereby ADJOURNED *sine die*. Defendant's time to answer remains stayed until September 16, 2022. Should Defendant fail to answer by that date, Plaintiff must apply for a certificate of default not later than September 20, 2022. Plaintiff must then move for default judgment not later than 14 days after the issuance of the certificate of default, in accordance with the Undersigned's Individual Practices.

Plaintiff must serve this order on Defendant and post proof of service on the Docket not later than **September 9, 2022**.

SO ORDERED.

*[signature]* 09/07/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE